## COWLEY v. STATE ex rel. FREELING, Atty. Gen., et al.

No. 15546—Opinion Filed Sept. 15, 1920.

Error from District Court, Okmulgee County; James Hepburn, Judge.

Action between L. L. Cowley and State ex rel. S. P. Freeling, Attorney General, and Roy Walcott, Bank Commissioner. From the judgment, the former brings error. Reversed and remanded.

Cowley & Riddle, for plaintiff in error.

George F. Short, Atty. Gen., for defendants in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendants in error to file a brief as provided by rule 7 of this court.